# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:22 MJ 4104 |
| | ) | |
| | ) | |
| Antoine Williams | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
4:27 pm Mar 18 2022
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 8, 2022  in the county of  Lorain  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sections 841(a)(1) and (b)(1)(c) | Distribution of controlled substances and possession with intent to distribute controlled substances |
| 18 USC Section 922(g) | Possession of a firearm by a prohibited person. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Casey T. Carty, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  03-18-2022

*Judge's signature*

City and state:  Cleveland, Ohio

Jonathan D. Greenberg, U.S Magistrate Judge
*Printed name and title*