## Affidavit

I, Casey T Carty, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since April 2004, and am currently assigned to the FBI's Cleveland Division. While employed by the FBI, I have conducted investigations of numerous federal criminal offenses including white collar crimes, crimes against children, violent crimes and narcotics offenses. I have gained experience through training at the FBI Academy and everyday work related to these types of investigations.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3. This affidavit is being submitted for the limited purpose of establishing probable cause that Antoine Williams, age 48, of Lorain, OH has violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(c) [distribution of controlled substances and possession with intent to distribute controlled substances], and Title 18, United States Code, Section 922(g) [possession of a firearm by a prohibited person]. The statements contained in this affidavit are derived from information provided to me by members of the Elyria Police Department, as well as my own investigation of this matter. This affidavit does not include every fact known to me regarding this investigation but will seek to summarize relevant information.

## Probable Cause

4. On March 8, 2022, at approximately 7:10 a.m., members of the Elyria Police Department (EPD) Narcotics Unit and I located and arrested Antoine Williams in room 116 at the Arlington Inn and Suites, 525 Griswold Rd, Elyria, OH. Williams was arrested as a result of a narcotics investigation during which he sold substances which field tested positive for the

presence of fentanyl and crack cocaine on four occasions during the first week of March 2022. These substances were sold to an EPD Confidential Informant[1] who was acting under the direction and control of EPD Detectives and I.

5. As a result of the investigation into Williams, EPD Detectives sought and obtained a warrant authorizing a search of Williams's motel room (room 116) for evidence of drug trafficking and for weapons. This warrant was issued by the Lorain County Court of Common Pleas and was executed promptly after Williams was taken into custody.

6. During the search of the motel room, multiple items of evidence were located. An orange and black backpack located behind a makeshift bar in the room contained (3) separate packages of suspected fentanyl weighing 60.9 grams, 24.6 grams and 1 gram; (3) separate packages of suspected crack cocaine weighing 28.2 grams, 8.8 grams, and 4.1 grams; (28) blue pills suspected to be pressed fentanyl; and a digital scale of the type commonly used by drug traffickers. In one of the dresser drawers a shoe box containing $928 was located, also located in the dresser was a black backpack which contained $6500 (including $280 of police buy money from the controlled purchases of drugs referenced above in Paragraph 4) and a loaded Rohm model RG 39 .38 caliber revolver bearing serial number X027680. On the nightstand between the beds in the room an additional digital scale of the type commonly used by drug traffickers was located. Lastly, a jar containing approximately 147.6 grams of marijuana was located in the refrigerator.

7. Based on the quantity and variety of drugs recovered from Williams's room, the separate packaging of the various drugs, the presence of digital scales in in the room, Williams's sale of drugs to a CI on multiple occasions in the days leading up to the search of his room, and

---

[1] The CI, whose identity is known to me, provided reliable information to EPD detectives and me which was corroborated through physical surveillance and consensual recordings. The CI's information and assistance provided a substantial portion of the probable cause in support of the warrant to search Williams's motel room.

the recovery of police buy money from the cash seized from Williams's property, I believe that the drugs recovered from Williams's room on March 8, 2022, were possessed by him with the intent that they be distributed as opposed to being possessed entirely for personal use.

8. I have examined the Rohm model RG 39 .38 caliber revolver bearing serial number X027680 described above. The pistol is stamped with the words "RG IND" and "MIAMI FLA". Rohm is a German firearms manufacturer which formerly maintained a U.S.-based division in Florida. The pistol was loaded with (6) Federal .38 caliber rounds. I know that Federal brand ammunition is manufactured in Minnesota. The firearm and ammunition seized from Williams's motel room did, therefore, travel in interstate commerce in order to be recovered in Elyria, OH.

9. I have reviewed the online records of the Eighth (Nevada) Judicial Court District and found that Antoine Williams has been convicted of a crime punishable by a term of imprisonment in excess of one year. Specifically, in case number C-15-308553-1, on or about December 14, 2015, he was sentenced to a term of imprisonment of between twelve and thirty-two months after pleading guilty to possession of controlled substances with intent to sell. Based on this conviction, he is legally prohibited from possessing firearms or ammunition.

### Conclusion

10. Based on the preceding, I believe probable cause exists which indicates Antoine Williams, age 48, of Lorain, OH has violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(c) [distribution of controlled substances and possession with intent to distribute controlled substances], and Title 18 United States Code, Section 922(g) [possession of a firearm by a prohibited person].

Casey T. Carty
Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission
By reliable electronic means.
Fed. R. Crim. P. 3, 4(d), and 4.1.

03-18-2022

JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE

