IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. **1:22 CR 203** |
| ANTOINE WILLIAMS, | ) ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) ) | |

## COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about March 8, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTOINE WILLIAMS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Possession with Intent to Distribute Controlled Substance, a category D felony, on or about December 14, 2015, in Case Number C-15-308553-1, in the Eighth Judicial District Court of Nevada, knowingly possessed in and affecting interstate commerce a firearm, to wit: Rohm model RG 39 .38 caliber revolver, bearing serial number X027680, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant ANTOINE WILLIAMS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such offense; including, but not limited to, the following: Rohm model RG 39 .38 caliber revolver, bearing serial number X027680.

                                        A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.